In the Matter of M. HARVEY SMEDLEY et al., Appellants, against FRANK TAYLOR, as Comptroller of the City of New York, Respondent.

(Argued November 21, 1935; decided December 10, 1935.)

586

*M. Harvey Smedley* (in person) and *Eugene Fink* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Robert P. Beyer* of counsel), *amicus curiæ.*

*Paul Windels, Corporation Counsel* (*Edmund L. Palmieri* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Not sitting: O'BRIEN, J.